## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 24-cr-413** |
| **v.** | **UNDER SEAL** |
| **RICHARD SHYKORA,** | |
| **Defendant.** | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Upon consideration of the parties' joint request to modify Defendant Richard Shykora's conditions of release, IT IS ORDERED that Defendant Richard Shykora's conditions of release are MODIFIED as follows:

1. The condition that the Defendant "not obtain a passport or other international travel document" is REMOVED.

2. The condition that that the Defendant "must refrain from the sale, offering, or promotion of any securities" is AMENDED to provide that the Defendant "must refrain from the sale, offering, or promotion of any securities, absent permission from the government." For purposes of this condition, the government is the Department of Justice, Criminal Division, Fraud Section.

IT IS SO ORDERED.

_____
HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

10/2/24